**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00889-CV

**THE SHOPS AT LEGACY (INLAND) LIMITED PARTNERSHIP, Appellant**

**V.**

**FINE AUTOGRAPHS & MEMORABILIA RETAIL STORES, INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02102-2010**

## ORDER

We **GRANT** appellee's October 15, 2014 motion to transfer record and **ORDER** the clerk's record and reporter's record filed in appellate cause number 05-12-00864-CV, styled "The Shops at Legacy (Inland) Limited Partnership v. Fine Autographs & Memorabilia Retail Stores Inc.," transferred into this appeal.

/s/    ADA BROWN
          JUSTICE